FLORENCE E. HUSCHER, as Administratrix of the Estate of WILLIAM HUSCHER, Deceased, Respondent, *v.* NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Appellant.

*Huscher v. N. Y. & Queens El. L. & P. Co.*, 173 App. Div. 902, affirmed.

(Argued March 18, 1918; decided April 2, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered March 20, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The intestate received an electric shock from defendant's arc lamp at the southwest corner of South street and Rockaway road, in Jamaica, L. I. The lamp in question at the time of the accident, instead of being "up" in its normal condition, that is, suspended approximately twenty-five feet above the surface of the street, was "down" only four or five feet above it. The lamp was unlighted, rain was falling and there was a strong wind. The deceased was carrying an umbrella which touched the lamp or came near enough to it to receive and communicate to him the electric current circulating through the lamp. The current was of such power that the deceased was at once prostrated, was in a dying condition when a bystander reached him, and expired within a few moments.

*William Rasquin, Jr.,* and *Almon G. Rasquin* for appellant.

*Vine H. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ. Not sitting: HISCOCK, Ch. J.